**Donald J. PILON, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 00–3332.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2001.

Before MAYER, Chief Judge, MICHEL and LOURIE, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.